1                                                    JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| K.P., | Case No. 2:21-cv-01939-SHK |
|---|---|
|               Plaintiff, | |
|     v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
|               Defendant. | |

    It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Order.

DATED: 06/09/2022                         _____
                                                          HON. SHASHI H. KEWALRAMANI
                                                          United States Magistrate Judge